IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



**FILED**

AUG 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

**MARK D. JASPERSON**
9824 Bay Island Drive
Tampa, FL 33615

    Plaintiff,

    v.

**FEDERAL BUREAU OF PRISONS,**
320 First Street, N.W.,
Washington D.C. 20534,

and

**HARLEY G. LAPPIN,**
Director, Federal Bureau of Prisons,
320 First Street, N.W.,
Washington D.C. 20534,
sued in his official capacity,

    Defendants.

CASE NUMBER  1:06CV01488

JUDGE: Henry H. Kennedy

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 08/23/2006

---

### CERTIFICATE OF NOTICE PURSUANT TO LOCAL RULE 65.1

Counsel for plaintiff Mark D. Jasperson, pursuant to Local Rule 65.1, certifies as follows:

1. The time of making the application for a temporary restraining order is 2 pm on August 23, 2006.

2. Copies of all pleadings and papers filed in the action to date or to be presented

to the court at the hearing, have been furnished to the adverse parties by hand-delivery service on their attorney, the United States Attorney for the District of Columbia and on defendant Lappin by hand-delivery service on the Bureau of Prisons, 320 First Street, N.W., Washington D.C. 20534.

Respectfully submitted,

_____
Brian W. Shaughnessy, DC 89946
913 M Street, N.W.
Suite 101
Washington, D.C. 20001
(202) 842-1700

Attorney for Plaintiff
Mark D. Jasperson