FILED

AUG 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK D. JASPERSON
9824 Bay Island Drive
Tampa, FL 33615

    Plaintiff,

    v.

FEDERAL BUREAU OF PRISONS,
320 First Street, N.W.,
Washington D.C. 20534,

and

HARLEY G. LAPPIN,
Director, Federal Bureau of Prisons,
320 First Street, N.W.,
Washington D.C. 20534,
sued in his official capacity,

    Defendants.

CASE NUMBER   1:06CV01488

JUDGE: Henry H. Kennedy

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 08/23/2006

## MOTION FOR A PRELIMINARY INJUNCTION

COMES NOW plaintiff Mark D. Jasperson, by and through counsel, and respectfully moves this Court to issue a Preliminary Injunction pursuant to Rule 65(b) of the Federal Rules of Civil Procedure against defendant Lappin, and the Bureau of Prison employees. As grounds therefore, plaintiff relies on and incorporates by reference his Memorandum in Support of a Temporary Restraining Order and plaintiff's Declaration of August 22, 2006.

Wherefore, plaintiff requests that a Preliminary Injunction be entered requiring defendant Lappin and the Bureau of Prisons to reconsider plaintiff's CCC placement in good faith in accordance with the standards employed by the Bureau of Prisons prior to December 2002 and without consideration of 28 CFR § 520.20 and 520.21, and that within ten calendar days of this Order or before plaintiff is required to report to the Bureau of Prisons, whichever is earlier, an affidavit be filed with this Court demonstrating compliance. Plaintiff requests that defendant be enjoined from requiring plaintiff to surrender to a BOP facility until this action is completed. Plaintiff requests that bond be waived or set in a de minimus amount.

Respectfully submitted,

Brian W. Shaughnessy, DCN 89946
913 M Street, NW
Suite 101
Washington, DC  20001
(202) 842-1700

Attorney for the Plaintiff
Mark D. Jasperson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK D. JASPERSON
9824 Bay Island Drive
Tampa, FL 33615

    Plaintiff,

    v.

FEDERAL BUREAU OF PRISONS,
320 First Street, N.W.,
Washington D.C. 20534,

and

HARLEY G. LAPPIN,
Director, Federal Bureau of Prisons,
320 First Street, N.W.,
Washington D.C. 20534,
sued in his official capacity,

    Defendants.

Case No. _____

MEMORANDUM IN SUPPORT OF
MOTION FOR A PRELIMINARY INJUNCTION

COMES NOW plaintiff Mark D. Jasperson, by and through counsel, and submits the following points and authorities in support of his Motion for a Preliminary Injunction pursuant to Rule 65(b) of the Federal Rules of Civil Procedure against defendant Lappin and the Bureau of Prison employees. As grounds therefore, plaintiff relies on and incorporates by reference his Memorandum in Support of a Temporary Restraining Order and plaintiff's Declaration and exhibits attached thereto of August 22, 2006.

WHEREFORE, plaintiff requests that a Preliminary Injunction be entered requiring defendant Lappin and the Bureau of Prisons to reconsider plaintiff's CCC placement in good faith in accordance with the standards employed by the Bureau of Prisons prior to December 2002 and without consideration of 28 CFR § 520.20 and 520.21, and that within ten calendar days of this Order or before plaintiff is required to report to the Bureau of Prisons, whichever is earlier, an affidavit be filed with this Court demonstrating compliance. Plaintiff requests that bond be waived or set in a de minimus amount.

Respectfully submitted,

/s/ Brian W. Shaughnessy
Brian W. Shaughnessy, DCN 89946
913 M Street, NW
Suite 101
Washington, DC  20001
(202) 842-1700

Attorney for the Plaintiff
Mark D. Jasperson