UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK D. JASPERSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1488 (HHK) |
| FEDERAL BUREAU OF PRISONS, | ) |
| and | ) |
| HARLEY G. LAPPIN, Director, Federal Bureau of Prisons, | ) |
| Defendants. | ) |

**NOTICE OF ENTRY OF ATTORNEY APPEARANCE**

THE CLERK OF THE COURT will please enter the appearance of Charlotte A. Abel, Assistant U.S. Attorney, as counsel of record for defendants, in the above-captioned case.

Respectfully submitted,

/s/
CHARLOTTE A. ABEL, DC Bar #388582
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., 10th Floor
Washington, D.C. 20530
(202) 307-2332