**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**MARK D. JASPERSON,**

        **Plaintiff,**

        **v.**

**FEDERAL BUREAU OF PRISONS, et al.,**

        **Defendants.**

**Civil Action 06-01488  (HHK)**

---

**ORDER**

Upon consideration of plaintiff's motion for a temporary restraining order and the record of the case, the court concludes that plaintiff successfully makes the four-part showing required to obtain a temporary restraining order.  Accordingly, it is this 29th day of August, 2006, hereby

**ORDERED** that plaintiff's motion for a temporary restraining order [#2] is **GRANTED**; and it is further

**ORDERED** that the order of the U.S. Marshal requiring plaintiff to report to prison in Atlanta, GA, before 12:00 noon on August 31, 2006 is **STAYED** until further order of this court; and it is further

**ORDERED** that, in accordance with Fed. R. Civ. P. 65(c), plaintiff shall give security in the amount of $10.00; and it is further

**ORDERED** that the hearing on plaintiff's motion for a preliminary injunction [#4] shall be held on September 25, 2006 at 4:00 p.m.

                              Henry H. Kennedy, Jr.
                              United States District Judge