IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK D. JASPERSON

Plaintiff,

v.                                    Case No. 1:06CV01488 (HHK)

FEDERAL BUREAU OF PRISONS,
et, al.,

Defendants.

## NOTICE OF FILING

COMES NOW plaintiff Mark D. Jasperson, by and through counsel, and submits the following exhibits in support of his Motion for a Preliminary Injunction:

Exhibit 7, Winkles letter of May 12, 2006;

Exhibit 8, Winkles letter of June 16, 2006;

Exhibit 9, Order of District Judge Lazzara, August 7, 2006;

Exhibit 10, Order of District Judge Lazzara Granting Stay, June 30, 2006

Respectfully submitted,

_/s/ Brian W. Shaughnessy_
Brian W. Shaughnessy, DCN 89946
Shaughnessy, Volzer & Gagner, PC
913 M Street, NW, Suite 101
Washington, DC  20001
(202) 842-1700

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been hand-delivered this 25th day of August 2006, to: AUSA Charlotte Abel, 555 Fourth Street, NW, Washington, DC 20001.

_/s/ Brian W. Shaughnessy_
Brian W. Shaughnessy