# WLG     Winkles Law Group, P.A.

D. Frank Winkles, J.D.
Claude H. Tison, Jr., J.D., LLM
Gary S. Weisman, J.D.

M. Catherine Burney, M.P.H., C.H.E.S.
Barb Stehenson, ERISA Case Manager

May 12, 2006

Bureau of Prisons Designation Center
Attn: Julia Clemens
**VIA FACSIMILE…(972) 352-4395**

    Re:    Designation for Mark D. Jasperson

Dear Ms. Clemens:

Please thank you for taking the time and courtesy to talk with me today.

As requested, please find a copy of the minutes of the sentencing of Mark Jasperson, which consists of 3 pages. Please note that he was sentenced to 4 months imprisonment and the Court strongly recommended confinement at a local community sanctions center "so the defendant can continue to operate his business." As discussed with you, and is evidenced by the Court's recommendation, it was everyone's consensus that if Mr. Jasperson is confined at anyplace other than a local community sanctions center, the business he is responsible for operating will go out of business. That business employs between 350 to 400 employees and therefore if it goes out of business 400 families' will lose their income, health insurance, disability insurance, and life insurance.

At sentencing, the Court understood that if Mr. Jasperson was imprisoned at a local community sanctions center then he could continue to run the business on a work release basis. I have been advised that there is a local community sanctions center in Tampa, Hillsborough County, Florida.

If he is not to be designated to a local center, please advise me so that I can so advise the Court and take appropriate action. I do appreciate the courtesy extended to me by you and the Bureau of Prisons personnel.

With kind regards, I am

                     Sincerely yours,

                     D. FRANK WINKLES

DFW/jlg
Enclosure as noted

707 North Franklin Street, 2nd Floor, Tampa Theatre Building, Tampa, Florida 33
Telephone: (813) 226-3090 / Facsimile: (813) 226-3128
www.winkleslaw.com


EX 7