UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK D. JASPERSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>and )<br>)<br>HARLEY G. LAPPIN, )<br>Director, Federal Bureau of Prisons, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-1488 (HHK) |

ORDER

Upon consideration of Defendant's Motion to Dismiss and for Reconsideration, and Plaintiff's Motion for a Preliminary Injunction and the opposition thereto,

it is on this _____ day of 2006,

ORDERED: that Defendant's Motion for Reconsideration is GRANTED; it is

FURTHER ORDERED: that Plaintiff's Motion for a Preliminary Injunction is DENIED; and

it is FURTHER ORDERED: that Defendant's Motion to Dismiss is GRANTED.

_____
UNITED STATES DISTRICT JUDGE