IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK D. JASPERSON**<br><br>　　**Plaintiff,**<br><br>　　　v.<br><br>**FEDERAL BUREAU OF PRISONS,**<br>**et, al.,**<br><br>　　**Defendants.** | **Case No. 1:06CV01488 (HHK)** |

### CONSENT MOTION TO EXTEND TIME

COMES NOW, plaintiff Mark D. Jasperson, by and through counsel, and moves this Court for an extension of time within which to file his Opposition to defendant's Motion to Dismiss and for Reconsideration for the following reasons:

1. Plaintiff's Opposition to defendant's Motion to Dismiss is due to be filed on September 11, 2006.

2. Defendants' counsel has had an unexpectedly heavy work load this past week, which has prevented counsel from devoting time necessary to preparing the Opposition.

3. Plaintiff has had to attend a conference with suppliers to maintain his businesses and cannot participate in preparing the Opposition.

4. Plaintiff needs an additional five business days to complete his Opposition.

5. Defendant's counsel has consented to the extension.

WHEREFORE, plaintiff requests that time be extended until September 18, 2006, within which to file defendants' Opposition to defendant's Motion to Dismiss and for Reconsideration.

Respectfully submitted,

_____
Brian W. Shaughnessy, DCN 89946
913 M Street, NW
Suite 101
Washington, DC  20001
(202) 842-1700

Attorney for the Plaintiff
Mark D. Jasperson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK D. JASPERSON**<br><br>    **Plaintiff,**<br><br>        v.<br><br>**FEDERAL BUREAU OF PRISONS,**<br>**et, al.,**<br><br>    **Defendants.** | Case No. 1:06CV01488 (HHK) |

## ORDER

Upon consideration of plaintiff Mark D. Jasperson's Motion for an Extension of Time, defendants, consent thereto and the entire record, it is hereby

ORDERED, this ___ day of September 2006, that plaintiff's Consent Motion to Extend Time until September 18, 2006 within which to oppose defendants' Motion to Dismiss and for Reconsideration is GRANTED.

_____
JUDGE