UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

MARK JASPERSON,

    Petitioner,

v.                                 Case No. 06-CV-1197

FEDERAL BUREAU OF PRISONS, ET AL.,

    Respondent.

## CERTIFICATION OF RECORDS BY CHRISTINE GREENE

In accordance with the provisions of Section 1746 of Title 28, United States Code, I, the undersigned, Christine Greene, do hereby make the following unsworn declaration, under penalty of perjury, pertinent to the above-styled cause:

1. I am currently employed by the United States Government, Federal Bureau of Prisons, as a Paralegal Specialist at the Federal Correctional Complex in Coleman, Florida (FCC Coleman).

2. As part of my duties, I have access to documents and electronic data created and maintained by the Bureau of Prisons. These records are made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by a person with knowledge of the relevant matters.

3. I have provided a true and accurate copy of the SENTRY Print-out Security/Designation Data, which reflects the designation determinations of the Bureau with regard to the facility at which Mark Jasperson, Reg. No. 42171-018 will serve his term of imprisonment upon his commitment to the Bureau's

EXHIBIT 1

custody. This documented has been redacted to preclude the release of unrelated personal information only.

4. I certify the attached record is a true and accurate print-out of the electronic data maintained by the Bureau of Prisons.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this __19th__ day of July 2006.

*Christine Greene*

Christine Greene, Paralegal Specialist
Federal Correctional Complex
Coleman, Florida

```
              600.00 *        SECURITY/DESIGNATION      *    07-07-2006
PAGE 001              *              DATA               *    14:30:52
     REGNO: 42171-018   NAME: JASPERSON, MARK D                  ORG: DSC
RC/SEX/AGE: W/M/47  FORM D/T: 06-14-2006/1429   RES: TAMPA, FL
OFFN/CHG..: TAX INVASION    8:04-CR-285-T-26MAP   4 MOS + 3 YRS SRT
            TRD: 11-05-2006
CUSTODY...: OUT         BIL:             CR HX PT: 0       CAR: SCRN1
CITIZENSHP: UNITED STATES OF AMERICA   PUB SAFETY: NONE
CIM CONSID:                                                USM: M/FL
JUDGE.....: LAZZARA      REC FACL: CSC            REC PROG: N/A
DETAINER..: NONE         SEVERITY: MODERATE       MOS REL.: 004
PRIOR.....: NONE         ESCAPES.: NONE           VIOLENCE: NONE
PRECOMMT..: VOL SURR     V/S DATE: 07-07-2006     V/S LOC.: USM M/FL
OMDT REF..: NO           SEC TOT.: 0              SCORED LEV: MINIMUM
CCM RMKS..: OFF INVL: TAX EVASION, TOTAL TAX LOSS $117236.00. NO PEND.
                      .                   JUD REC: STRONGLY REC LOCAL
            COMMUNITY SANCTION CENTER. LIMA-JW.

DESIG: ATLANTA USP SCP         DSC CLH 06-14-2006 RSN: LEVEL   MSL:
MGTV/MVED.:
DESIG RMKS: PPGO UPDATED. JUD REC NOT FLWD, INELIG FOR DIRECT PLACEMENT IN
            CSC, NOT SENTENCED IN 3RD OR 8TH CIR.       .

            MORE PAGES TO FOLLOW . . .
```

```
         600.00 *        SECURITY/DESIGNATION           *    07-07-2006
PAGE 002 OF 002 *              DATA                     *      14:30:52
   REGNO: 42171-018   NAME: JASPERSON, MARK D                  ORG: DSC
RC/SEX/AGE: W/M/47  FORM D/T: 06-02-2006/1442   RES: TAMPA, FL 33615
OFFN/CHG..: TAX INVASION    8:04-CR-285-T-26MAP  4 MOS + 3 YRS SRT
            TRD: 11-05-2006
CUSTODY...: OUT        BIL:              CR HX PT: 0      CAR: SCRN1
CITIZENSHP: UNITED STATES OF AMERICA  PUB SAFETY: NONE
CIM CONSID:                                               USM: M/FL
JUDGE.....: LAZZARA       REC FACL:              REC PROG:
DETAINER..: NONE          SEVERITY: MODERATE     MOS REL.: 004
PRIOR.....: NONE          ESCAPES.: NONE         VIOLENCE: NONE
PRECOMMT..: VOL SURR      V/S DATE: 07-07-2006   V/S LOC.: USM M/FL
OMDT REF..: NO            SEC TOT.: 0            SCORED LEV: MINIMUM
CCM RMKS..: OFF INVL: TAX EVASION, TOTAL TAX LOSS $117236.00. NO PEND.
           ▇▇▇▇▇▇. ▇▇▇▇▇▇▇▇. LIMA-JW.


DESIG: ATLANTA USP SCP       DSC CLH 06-05-2006 RSN: LEVEL  MSL:
MGTV/MVED.:
DESIG RMKS: NO JUDICIAL RECOMMENDATIONS.


           TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```