UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK D. JASPERSON,<br><br>          Plaintiff,<br><br>          v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>          Defendants. | Civil Action 06-01488 (HHK) |

**ORDER**

Before the court are plaintiff's motions for preliminary injunction [#4] and defendants' motion to dismiss and for reconsideration and opposition to Jasperson's motion for preliminary injunction [#15].  Upon consideration of these motions and the record of the case, the court concludes that plaintiff successfully makes the four-part showing required to obtain a preliminary injunction. Accordingly, it is this 26th day of September, 2006, hereby

    **ORDERED** that plaintiff's motion for a preliminary injunction [#4] is **GRANTED** and that defendants' motion to dismiss and for reconsideration [#15] is **DENIED**; and it is further

    **ORDERED** that the Bureau of Prisons refrain from designating plaintiff to a place of imprisonment until after making an individualized determination of his place of imprisonment, taking into consideration all the factors enumerated in 18 U.S.C. § 3621, and doing so without regard to 28 C.F.R. § 570.20 and § 570.21, until further order of this court.  The stay of plaintiff's obligation to

report to the Bureau of Prisons for confinement, entered by the court on August 29, 2006, remains in effect.

    A memorandum opinion articulating the court's reasons for issuing this order will follow in due course.

                                                  Henry H. Kennedy, Jr.
                                                  United States District Judge