UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK D. JASPERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1488 (HHK) |
| | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| | ) |
| and | ) |
| | ) |
| HARLEY G. LAPPIN, | ) |
| Director, Federal Bureau of Prisons, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants respectfully move this Court for an enlargement of time of one week, through and including November 16, 2006, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. Defendant's answer, motion or other response is due on November 9, 2006.

2. Defense counsel seeks the additional time because on November 7, 2006, during jury service at the Superior Court, she was selected to sit on a jury before the Honorable Judge Cushenberry. The trial resulted in a hung jury late in the day on November 9, 2006. Because of jury her service, undersigned counsel was unable to complete Defendant's paper in time for filing on November 9, 2006. These circumstances make it necessary for her to request an extension until November 16, 2006, to file a answer or otherwise respond to plaintiff's complaint in this matter.

-1-

3. Defendants therefore request an enlargement of time within which to answer, move or otherwise respond to the Complaint, through and including November 16, 2006.

4. Pursuant to Local Rule 7(m), counsel for defendants has consulted with plaintiff's counsel and he has graciously given consent to the relief requested.

A proposed Order consistent with this Motion is attached.

For these reasons, defendants request that the Court grant their Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
CHARLOTTE A. ABEL, Bar # 388582
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-2332