UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK D. JASPERSON, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 06-1488 (HHK) |
| FEDERAL BUREAU OF PRISONS, | ) |
|     and | ) |
| HARLEY G. LAPPIN, | ) |
| Director, Federal Bureau of Prisons, | ) |
|     Defendants. | ) |

## O R D E R

Upon consideration of Defendants' Consent Motion for an Extension of Time in which to Answer or Otherwise Respond to the Complaint, it is on this _____ day of _____, for good cause shown,

ORDERED: that Defendants' Consent Motion for an Extension of Time in which to Answer or Otherwise Respond to the Complaint is GRANTED;

It is FURTHER ORDERED: that defendants shall have up to and including November 16, 2006, to answer or otherwise respond to the complaint.

_____
UNITED STATES DISTRICT JUDGE