UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK D. JASPERSON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-1488 (HHK) |
| ) | |
| v. ) | |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| and ) | |
| ) | |
| HARLEY LAPPIN, ) | |
| ) | |
| Defendants. ) | |

## ANSWER

1. The defendants do not have sufficient information to admit or deny the allegations set forth in this paragraph.

2. The defendants admit the allegations set forth in this paragraph.

3. The defendants deny the allegations set forth in this paragraph.

4. The defendants deny the allegations set forth in this paragraph.

5. The defendants incorporate their answers to the plaintiff's allegations set forth in paragraphs 1 through 4.

6. The defendants deny the allegations in this paragraph to the extent that the plaintiff's case number in the United States District Court for the Middle District of Florida was in fact 8:04-cr-285-T-26MAP. Otherwise, the defendants admit the allegations set forth in this paragraph.

7. The defendants admit the allegations set forth in this paragraph.

8. The defendants do not have sufficient information to admit or deny the allegations set forth in this paragraph.

9. The defendants do not have sufficient information to admit or deny the allegations set forth in this paragraph.

10. The defendants do not have sufficient information to admit or deny the allegations set forth in this paragraph.

11. The defendants admit the allegations set forth in this paragraph.

12. The defendants admit the allegations set forth in this paragraph.

13. The defendants admit the allegations set forth in this paragraph.

14. The allegations set forth in paragraph fourteen are not clearly stated; consequently, the defendants are unable to determine the extent to which the defendants admit or deny them.

15. The defendants deny the allegations set forth in this paragraph.

16. The defendants do not have sufficient information to admit or deny the remaining allegations set forth in this paragraph, except that the defendants deny the allegation that the regulations at issue are invalid

17. The defendants deny the allegations set forth in this paragraph to the extent he states the BOP did not exercise its discretion when placing the plaintiff in a prison camp, as opposed to a halfway house. The defendants do not have sufficient information to admit or deny the remaining allegations set forth in this paragraph.

18. The defendants deny the allegations set forth in this paragraph.

19. The defendants deny the allegation set forth in this paragraph.

20. The defendants deny the allegations set forth in this paragraph.

21. The defendants deny the allegations set forth in this paragraph.

22. The defendants incorporate their answers to the plaintiff's allegations set forth in paragraphs 1 through 21.

23. The defendants deny the allegations set forth in this paragraph.

24. The defendants deny the allegations set forth in this paragraph.

25. The defendants deny the allegations set forth in this paragraph.

The rest of the Complaint contains plaintiff's prayer for relief, to which no response is required. To the extent that a response is required, defendants deny that plaintiff is entitled to the relief prayed for or any relief whatsoever. All allegations not specifically admitted herein are denied.

Respectfully submitted,

    /s/
JEFFERY A. TAYLOR, DC Bar #498610
United States Attorney

    /s/
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

    /s/
CHARLOTTE ABEL, DC Bar #388582
Assistant United States Attorney