UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK D. JASPERSON,**<br><br>            **Plaintiff,**<br><br>      v.<br><br>**FEDERAL BUREAU OF PRISONS, et al.,**<br><br>            **Defendants.** | Civil Action 06-01488  (HHK) |

## ORDER

It is this 20th day of November, 2006, hereby

**ORDERED** that on or before December 15, 2006, the parties shall file a proposed briefing schedule for dispositive motions, except in the event agreement cannot be reached; and it is further

**ORDERED** that in the event that the parties cannot agree on a briefing schedule, each party shall separately file a proposed briefing schedule for dispositive motions on or before December 15, 2006.

                                                                Henry H. Kennedy, Jr.
                                                                United States District Judge