UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK D. JASPERSON, )<br>)<br>      Plaintiff, )<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, *et al.* )<br>)<br>      Defendants. )<br>) | Civil No.1:06-CV01488 (HHK) |

**NOTICE OF APPEAL**

Notice is hereby given this 22nd day of November, 2006 that defendant, Harley G. Lappin, Director, Federal Bureau of Prisons, and defendant, Federal Bureau of Prisons, appeal to the United States Court of Appeals for the District of Columbia Circuit from the District Court's September 26, 2006 Order granting plaintiff's motion for preliminary injunction in favor of plaintiff and against said defendants.

Respectfully submitted,

___/s/_____
JEFFERY A. TAYLOR
D.C. Bar No. 498610
United States Attorney


___/s/_____
R. CRAIG LAWRENCE
D.C. Bar No. 171538
Assistant United States Attorney


___/s/_____
CHARLOTTE A. ABEL
 D.C. Bar No. 388582
Assistant United States Attorney
555-4th St., N.W.

- 2 -

                                              Washington, D.C. 20530
                                              (202) 307-2332

**TO THE CLERK:** Please send copies of the Notice of Appeal to the following at the addresses indicated:

| **Brian W. Shaughnessy, Esq.** and | **Charlotte A. Abel** |
|---|---|
| 913 M Street, N.W. | Assistant United States Attorney |
| Washinton, D.C. 20001 | 555-4th St., N.W. |
| | Washington, D.C.  20530 |

- 2 -