UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK D. JASPERSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1488 (HHK) |
| FEDERAL BUREAU OF PRISONS, | ) |
| and | ) |
| HARLEY G. LAPPIN, Director, Federal Bureau of Prisons, | ) |
| Defendants. | ) |

## NOTICE OF FILING PROPOSED BRIEFING SCHEDULE

The parties proposed the following briefing schedule in accordances with the Court's order of November 20, 2006.

Dispositive motions due:   February 22, 2007

Oppositions due:   March 15, 2007

Replies due:   April 5, 2007

Respectfully submitted,

_____/s/_____
JEFFERY A. TAYLOR
D.C. Bar No. 498610
United States Attorney

                                                /s/
                                 CHARLOTTE A. ABEL, DC Bar #388582
                                 Assistant U.S. Attorney
                                 Judiciary Center Building
                                 555 Fourth St., N.W.
                                 Washington, D.C. 20530
                                 (202) 307-2332

Case 1:06-cv-01488-HHK   Document 27   Filed 12/15/2006   Page 2 of 2