UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK D. JASPERSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1488 (HHK) |
| FEDERAL BUREAU OF PRISONS, | ) |
| and | ) |
| HARLEY G. LAPPIN,<br>Director, Federal Bureau of Prisons, | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO FILE A DISPOSITIVE MOTION**

Defendants respectfully move this Court for an enlargement of time of one week, through and including March 1, 2006, within which to file a dispositive motion. Good cause exists to grant this motion:

1. Defendants' motion is due on February 22, 2007.

2. Defense counsel seeks the additional time because on November 21, 2007, defendants determined that they needed to analyze recent court decisions touching upon the contested issues in this case.

3. Undersigned counsel was unable to complete a draft of the dispositive motion in time for filing on February 22, 2007, due to trial preparation in the field in *Adams v. Mineta*, 04-856 (RBW). She was out of the office conducting witness interviews on February 21-22 and will be conducting

-1-

additional witness interviews during the week of February 26. Defendants therefore request an enlargement of time within which to file a dispositive motion, which will include discussion of recent court decisions, through and including March 1, 2007.

    4. Pursuant to Local Rule 7(m), counsel for defendants sought the consent of plaintiff to this motion via e-mail on February 21, 2007. Defendants had received no response at the time of filing of this motion.

    5. The deadlines for oppositions (March 15) and replies (April 5) will be unaffected. However, defendants will not oppose a corresponding extension for plaintiff to oppose the motion should he seek it.

    A proposed Order consistent with this Motion is attached.

    For these reasons, defendants request that the Court grant their Motion for Enlargement of Time Within Which to File a Dispositive Motion.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

  /s/
CHARLOTTE A. ABEL, Bar # 388582
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-2332