UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK D. JASPERSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1488 (HHK) |
| | ) |
| **FEDERAL BUREAU OF PRISONS,** | ) |
| | ) |
| and | ) |
| | ) |
| **HARLEY G. LAPPIN,** | ) |
| Director, Federal Bureau of Prisons, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## O R D E R

Upon consideration of Defendants' Motion for an Extension of Time in which to File a Dispositive Motion, it is on this _____ day of 2007, for good cause shown,

ORDERED: that Defendants' Motion for an Extension of Time in which to File a Dispositive Motion is GRANTED;

It is FURTHER ORDERED: that defendants shall have up to and including March 1, 1007, to file a dispositive motion. The deadlines in the scheduling order for oppositions and replies shall remain unchanged.

_____
UNITED STATES DISTRICT JUDGE