UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK D. JASPERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1488 (HHK) |
| | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| | ) |
| and | ) |
| | ) |
| HARLEY G. LAPPIN, | ) |
| Director, Federal Bureau of Prisons, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO FILE A DISPOSITIVE MOTION**

Defendants respectfully move this Court for an enlargement of time of two weeks, through and including March 14, 2006, within which to file a dispositive motion. Good cause exists to grant this motion:

1. Defendants' motion is due on March 1, 2007.

2. Undersigned counsel had anticipated renewing its original motion to dismiss with a further analysis of recent case law but now deems it necessary to analyze the law of the case to narrow the remaining contested issues in the case and to discuss with the defendant Bureau of Prisons how best to proceed.

3. Defense counsel seeks the additional time up to and including March 15, 2007. Defense counsel will be in trial during the week of March 5th and will be unavailable during that time.

A proposed Order consistent with this Motion is attached.

For these reasons, defendants request that the Court grant their Motion for Enlargement of Time Within Which to File a Dispositive Motion.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D. C. Bar # 434122
Assistant United States Attorney

_____/s/_____
CHARLOTTE A. ABEL, D.C. Bar # 388582
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-2332