IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK D. JASPERSON**<br><br>**Plaintiff,**<br><br>v.<br><br>**FEDERAL BUREAU OF PRISONS,** et, al.,<br><br>**Defendants.** | **Case No. 1:06CV01488 (HHK)** |

**CONSENT TO MOTION TO ENLARGE TIME**

Plaintiff Mark D. Jasperson, by and through counsel, consents to the government's motion to enlarge time within which to file the parties' dispositive motions.

1. Government's counsel requested plaintiff's consent to its motion to enlarge. The e-mail came this afternoon and was not noticed until about 7:30 pm at which time plaintiff e-mailed his consent.

2. The Motion to Enlarge seems to have been filed before consent was received.

3. Plaintiff, who is leaving the city at about 5 am, March 2, was working on his own Motion for Summary Judgment, but can use the time to refine it.

4. Defendant claims that it is doing further research in case law to narrow the issues. At the time of the argument, plaintiff had found about 140 cases in its support and none to the contrary. Because plaintiff's further research indicates more than forty district court cases and an opinion from the 10th Circuit have been decided since the argument supporting the Court's decision, and plaintiff has found no cases supporting the government, plaintiff is

eagerly awaiting illumination on this topic by defendant's further research during the enlargement.

WHEREFORE, plaintiff concurs in defendant's motion to enlarge he filing deadline for both parties for fourteen days.

                                                Respectfully submitted,

                                                _____/s/_____
                                                Brian W. Shaughnessy, DCN 89946
                                                913 M Street, NW
                                                Suite 101
                                                Washington, DC  20001
                                                (202) 842-1700

                                                Attorney for the Plaintiff
                                                Mark D. Jasperson