UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK D. JASPERSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1488 (HHK) |
| FEDERAL BUREAU OF PRISONS, | ) |
| and | ) |
| HARLEY G. LAPPIN,<br>Director, Federal Bureau of Prisons, | ) |
| Defendants. | ) |

## O R D E R

Upon consideration of Defendants' Motion for Reconsideration and Request for a Judgment on the Merits, it is on this _____ day of 2007, for good cause shown,

ORDERED: that Defendants' Motion for Reconsideration be GRANTED;

It is FURTHER ORDERED: that a final judgment shall be entered on behalf of defendants.

_____
UNITED STATES DISTRICT JUDGE