IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK D. JASPERSON**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**FEDERAL BUREAU OF PRISONS,**<br>**et, al.,**<br><br>    **Defendants.** | Case No. 1:06CV01488 (HHK) |

## MOTION TO EXTEND TIME

COMES NOW, plaintiff Mark D. Jasperson, by and through counsel, and moves this Court for an extension of time within which to file his Opposition to defendant's Motion for Reconsideration for the following reasons:

1. Plaintiff's Opposition to defendant's Motion to Dismiss is due to be filed on April 2, 2007.

2. Plaintiff' counsel has proposed a settlement to the government and the government has asked for a written proposal.

3. Plaintiff needs an additional three days to prepare a proposal and, if it is rejected, to complete the Opposition..

4. Plaintiff sought Defendant's counsel's consent to the extension this afternoon but has been unable to contact her.

5. Plaintiff does not believe defendant will be prejudiced by this extension.

WHEREFORE, plaintiff requests that time be extended until April 5, 2007, within which to file defendants' Opposition to defendant's Motion for Reconsideration.

        Respectfully submitted,

        _____
        Brian W. Shaughnessy, DCN 89946
        913 M Street, NW
        Suite 101
        Washington, DC  20001
        (202) 842-1700

        Attorney for the Plaintiff
        Mark D. Jasperson

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 26th day of April 2 2007, I caused a copy of the foregoing pleading to be sent via the Court's electronic filing system to AUSA Charlene Abel, 555 Fourth Street, NW, Washington, DC  20001.

        _____
        Brian W. Shaughnessy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK D. JASPERSON**<br><br>**Plaintiff,**<br><br>v.<br><br>**FEDERAL BUREAU OF PRISONS,**<br>**et, al.,**<br><br>**Defendants.** | **Case No. 1:06CV01488 (HHK)** |

### ORDER

Upon consideration of plaintiff Mark D. Jasperson's Motion for an Extension of Time, and the entire record, it is hereby

ORDERED, this ___ day of April 2007, that plaintiff's Motion to Extend Time until April 5, 2007 within which to oppose defendants' Motion for Reconsideration is GRANTED.

_____
**JUDGE**