IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MARK D. JASPERSON**

    **Plaintiff,**

    v.                      Case No. 1:06CV01488 (HHK)

**FEDERAL BUREAU OF PRISONS,**
**et, al.,**

    **Defendants.**

## MOTION TO EXTEND TIME

COMES NOW, plaintiff Mark D. Jasperson, by and through counsel, and moves this Court for an extension of time within which to file his Opposition to defendant's Motion for Reconsideration for the following reasons:

1. Plaintiff's Opposition to defendant's Motion to Dismiss is due to be filed on April 11, 2007.

2. Plaintiff had requested an earlier extension based on an offer of settlement made to the government, which he had expected to be accepted.

3. Plaintiff's counsel has not heard from defendant despite a telephone call placed today asking whether the offer was accepted or to ask for consent to this extension. Plaintiff's counsel has heard nothing of either matter.

4. Plaintiff's counsel needs a two day extension to complete his Opposition and have it reviewed by plaintiff in Florida.

WHEREFORE, plaintiff requests that time be extended until April 13, 2007, within which to file defendants' Opposition to defendant's Motion for Reconsideration.

Respectfully submitted,

_____/s/_____
Brian W. Shaughnessy, DCN 89946
913 M Street, NW
Suite 101
Washington, DC  20001
(202) 842-1700

Attorney for the Plaintiff
Mark D. Jasperson

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 11th day of April 2007, I caused a copy of the foregoing pleading to be sent via the Court's electronic filing system to AUSA Charlene Abel, 555 Fourth Street, NW, Washington, DC  20001.

_____/s/_____
Brian W. Shaughnessy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK D. JASPERSON**<br><br>**Plaintiff,**<br><br>v.<br><br>**FEDERAL BUREAU OF PRISONS, et, al.,**<br><br>**Defendants.** | **Case No. 1:06CV01488 (HHK)** |

## ORDER

Upon consideration of plaintiff Mark D. Jasperson's Motion for an Extension of Time, and the entire record, it is hereby

ORDERED, this ___ day of April 2007, that plaintiff's Motion to Extend Time until April 13, 2007 within which to oppose defendants' Motion for Reconsideration is GRANTED.

_____
**JUDGE**