IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK D. JASPERSON**<br><br>**Plaintiff,**<br><br>v.<br><br>**FEDERAL BUREAU OF PRISONS,**<br>**et, al.,**<br><br>**Defendants.** | Case No. 1:06CV01488 (HHK) |

## MOTION TO EXTEND TIME

COMES NOW, plaintiff Mark D. Jasperson, by and through counsel, and moves this Court for an extension of time within which to file his Opposition to defendant's Motion for Reconsideration for the following reasons:

1. Plaintiff's Opposition to defendant's Motion to Dismiss is due to be filed on April 13, 2007.

2. Plaintiff had expected to complete his Opposition by today, but was unable to get the client's comments.

3. Plaintiff's counsel needs another, and hopfully last two day extension to complete his Opposition and have it reviewed by plaintiff in Florida.

4. Plaintiff's counsel tried to get defendant's counsel's consent, but she was out of the office this afternoon.

WHEREFORE, plaintiff requests that time be extended until April 17, 2007, within which to file defendants' Opposition to defendant's Motion for Reconsideration.

        Respectfully submitted,

        _____/s/_____
        Brian W. Shaughnessy, DCN 89946
        913 M Street, NW
        Suite 101
        Washington, DC  20001
        (202) 842-1700

        Attorney for the Plaintiff
        Mark D. Jasperson

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of April 2007, I caused a copy of the foregoing pleading to be sent via the Court's electronic filing system to AUSA Charlene Abel, 555 Fourth Street, NW, Washington, DC  20001.

        _____/s/_____
        Brian W. Shaughnessy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MARK D. JASPERSON**

    **Plaintiff,**

    v.

**FEDERAL BUREAU OF PRISONS, et, al.,**

    **Defendants.**

Case No. 1:06CV01488 (HHK)

## ORDER

Upon consideration of plaintiff Mark D. Jasperson's Motion for an Extension of Time, and the entire record, it is hereby

ORDERED, this ___ day of April 2007, that plaintiff's Motion to Extend Time until April 17, 2007 within which to oppose defendants' Motion for Reconsideration is GRANTED.

_____
**JUDGE**