IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK D. JASPERSON**<br><br>**Plaintiff,**<br><br>v.<br><br>**FEDERAL BUREAU OF PRISONS,**<br>**et, al.,**<br><br>**Defendants.** | **Case No. 1:06CV01488 (HHK)** |

## MOTION TO EXTEND TIME

COMES NOW, plaintiff Mark D. Jasperson, by and through counsel, and moves this Court for a two day extension of time within which to file his Opposition to defendant's Motion for Reconsideration for the following reasons:

1. Plaintiff's Opposition to defendant's Motion to Dismiss is due to be filed on April 23, 2007.

2. Plaintiff has nearly completed the Opposition but was required to be out of town for the weekend. Because he needs further input from appellant, counsel needs until April 25, 2007 within which to file the Opposition.

3. This motion is a corrected motion as directed by the clerk and replaces a previous motion.

4. Plaintiff's counsel was unable to get consent from defendant's counsel's although two calls were made.

WHEREFORE, plaintiff requests that time be extended until April 25, 2007, within which to file defendants' Opposition to defendant's Motion for Reconsideration.

                                        Respectfully submitted,

                                        _____/s/_____
                                        Brian W. Shaughnessy, DCN 89946
                                        913 M Street, NW
                                        Suite 101
                                        Washington, DC  20001
                                        (202) 842-1700

                                        Attorney for the Plaintiff
                                        Mark D. Jasperson

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on the 23rd day of April 2007, I caused a copy of the foregoing pleading to be sent via the Court's electronic filing system to AUSA Charlene Abel, 555 Fourth Street, NW, Washington, DC  20001.

                                        _____/s/_____
                                        Brian W. Shaughnessy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK D. JASPERSON**<br><br>**Plaintiff,**<br><br>v.<br><br>**FEDERAL BUREAU OF PRISONS,**<br>**et, al.,**<br><br>**Defendants.** | **Case No. 1:06CV01488 (HHK)** |

## **ORDER**

Upon consideration of plaintiff Mark D. Jasperson's Motion for an Extension of Time, and the entire record, it is hereby

ORDERED, this ___ day of April 2007, that plaintiff's Motion to Extend Time until April 25, 2007 within which to oppose defendants' Motion for Reconsideration is GRANTED.

_____
**JUDGE**