### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK D. JASPERSON**<br><br>    **Plaintiff,**<br><br>        **v.**<br><br>**FEDERAL BUREAU OF PRISONS,**<br>**et, al.,**<br><br>        **Defendants.** | **Case No. 1:06CV01488 (HHK)** |

### MOTION TO EXTEND TIME

COMES NOW, plaintiff Mark D. Jasperson, by and through counsel, and moves this Court for an extension of time within which to file his Opposition to defendant's Motion for Reconsideration for the following reasons:

1.      Plaintiff's Opposition to defendant's Motion to Dismiss is due to be filed on April 25, 2007.

2.      Plaintiff had the Opposition nearly complete but has revised it.  Two urgent matters came up that detracted from the time to prepare.

3.      Plaintiff's counsel needs a two day extension to complete his Opposition.

4.      Plaintiff's counsel was unable to get consent from defendant's counsel's consent because the need for the extension occurred after hours.

WHEREFORE, plaintiff requests that time be extended until April 27, 2007, within which to file defendants' Opposition to defendant's Motion for Reconsideration.

Respectfully submitted,

_____/s/_____
Brian W. Shaughnessy, DCN 89946
913 M Street, NW
Suite 101
Washington, DC 20001
(202) 842-1700

Attorney for the Plaintiff
Mark D. Jasperson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of April 2007, I caused a copy of the foregoing pleading to be sent via the Court's electronic filing system to AUSA Charlene Abel, 555 Fourth Street, NW, Washington, DC 20001.

_____/s/_____
Brian W. Shaughnessy

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MARK D. JASPERSON** |  |
| **Plaintiff,** |  |
| **v.** | **Case No. 1:06CV01488 (HHK)** |
| **FEDERAL BUREAU OF PRISONS, et, al.,** |  |
| **Defendants.** |  |

## <u>ORDER</u>

Upon consideration of plaintiff Mark D. Jasperson's Motion for an Extension of Time, and the entire record, it is hereby

ORDERED, this ___ day of April 2007, that plaintiff's Motion to Extend Time until April 25, 2007 within which to oppose defendants' Motion for Reconsideration is GRANTED.

 

 

 

_____<br>
<b>JUDGE</b>