UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -X

MARIUS SORBELLO et al.,

                Petitioners,

  - against -

PAUL M. LAIRD,

                Respondent.

- - - - - - - - - - - - - - -X

STIPULATION OF SETTLEMENT

No. 06 CV 948 (JG)

     IT IS HEREBY STIPULATED AND AGREED, by and between the parties as follows:

     1. The Metropolitan Detention Center in Brooklyn, New York ("MDC Brooklyn") shall, in referring an inmate for community confinement in a Residential Reentry Center (RRC) (formerly known as a community corrections center), and until the Bureau of Prisons establishes a policy to the contrary, or until there is a change in the applicable law, in good faith:

> (A) consider the factors set forth in 18 U.S.C. § 3621(b), without reference to 28 C.F.R. § 570.21 as required by Levine v. Apker, 455 F.3d 71 (2d Cir. 2006), and
>
> (B) follow the Federal Bureau of Prisons Program Statement 7310.04 (Dec. 16, 1998), and thus to the extent practicable, establish a final and specific release preparation plan at a team meeting no later than 11 to 13 months before an inmate's projected release date.

     2. MDC Brooklyn also agrees to determine a final and specific release preparation plan by March 9, 2007, for the following petitioners who are within 11 to 13 months of their projected release date: Marius Sorbello (55471-054), Andrew

Swaap (13808-052), Robert Sullivan (13646-067), Corey Pratt (19522-057), and Jason Wittlin (12825-052).

Dated:  New York, New York          Dated:  Brooklyn, New York
        February 23, 2007                   February 23, 2007

_/s/ Darrell Fields_                _/s/ Jennifer Dannels_
DARRELL FIELDS, ESQ.                JENNIFER DANNELS, ESQ.
Attorney for the Petitioner         Staff Attorney
Federal Defenders of New York,      Metropolitan Detention Center
Inc. - Appeals Bureau               80 29th Street
52 Duane Street, 10th Floor         Brooklyn, New York 11232
New York, New York 10007