IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK D. JASPERSON**<br><br>**Plaintiff,**<br><br>v.<br><br>**FEDERAL BUREAU OF PRISONS, et, al.,**<br><br>**Defendants.** | Case No. 1:06CV01488 (HHK) |

## MOTION TO FILE OUT OF TIME

COMES NOW, plaintiff Mark D. Jasperson, by and through counsel, and moves this Court to accept his Opposition to defendant's Motion for Reconsideration time having expired for the following reasons:

1. Plaintiff's Opposition to defendant's Motion to Dismiss was due to be filed on April 25, 2007.

2. Plaintiff had the Opposition nearly complete but a number of urgent matters came up that detracted from the time to prepare.

3. Plaintiff's counsel requested an extension, but the Court denied it with a directive to file any motion by noon on April 28, 2007.

4. Although undoubtedly irritating, counsel was unable to get the Opposition done earlier and it should not be prejudicial to the government for this Opposition to be accepted and considered.

WHEREFORE, plaintiff requests that his Opposition be accepted for filing time having expired.

        Respectfully submitted,

        _____/s/_____
        Brian W. Shaughnessy, DCN 89946
        913 M Street, NW
        Suite 101
        Washington, DC  20001
        (202) 842-1700

        Attorney for the Plaintiff
        Mark D. Jasperson

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 28th day of April 2007, I caused a copy of the foregoing pleading to be sent via the Court's electronic filing system to AUSA Charlene Abel, 555 Fourth Street, NW, Washington, DC  20001.

        _____/s/_____
        Brian W. Shaughnessy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK D. JASPERSON**<br><br>**Plaintiff,**<br><br>v.<br><br>**FEDERAL BUREAU OF PRISONS, et, al.,**<br><br>**Defendants.** | Case No. 1:06CV01488 (HHK) |

### ORDER

Upon consideration of plaintiff Mark D. Jasperson's Motion to f\File of Time, and the entire record, it is hereby

ORDERED, this ___ day of April 2007, that plaintiff's Opposition be accepted for filing and his Motion to File is GRANTED.

_____
**JUDGE**