UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK D. JASPERSON,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>FEDERAL BUREAU OF PRISONS,<br>et al.,<br><br>　　　　　　Defendants. | Civil Action 06-01488  (HHK) |

**ORDER TO STRIKE UNAUTHORIZED FILING**

Plaintiff has filed a submission captioned "OPPOSITION TO GOVERNMENT'S MOTION TO DISMISS AND FOR RECONSIDERATION, AND OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION" [#42]. This is an unauthorized filing. Therefore, it is this 30th day of April, 2007, hereby

**ORDERED** that the filing is **STRICKEN** and the clerk of the court shall remove it from the docket.

　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge