IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK D. JASPERSON**<br><br>**Plaintiff,**<br><br>v.<br><br>**FEDERAL BUREAU OF PRISONS, et, al.,**<br><br>**Defendants.** | Case No. 1:06CV01488 (HHK) |

## MOTION TO SUPPLEMENT FILING

COMES NOW, plaintiff Mark D. Jasperson, by and through counsel, and moves to supplement his Motion To File Opposition To Defendant's Motion For Reconsideration Out Of Time for the following reasons:

1. Plaintiff's Motion To File Opposition To Defendant's Motion For Reconsideration Out Of Time did not contain an attempt to obtain consent of opposing counsel because the Motion was required by order of court, however, on Friday, May 5, 2007, counsel placed a call to government counsel seeking consent and left a message.

2. Government counsel called back this afternoon, May 7, and explained that she had been in trial for some time and had been unable to return her all of her calls.

3. Government counsel gave consent to plaintiff's Motion.

WHEREFORE, plaintiff requests that his Motion for Leave to file be supplemented with government counsel's consent thereto.

Respectfully submitted,

_____/s/_____
Brian W. Shaughnessy, DCN 89946
913 M Street, NW
Suite 101
Washington, DC  20001
(202) 842-1700

Attorney for the Plaintiff
Mark D. Jasperson

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 7th day of May 2007, I caused a copy of the foregoing pleading to be sent via the Court's electronic filing system to AUSA Charlene Abel, 555 Fourth Street, NW, Washington, DC  20001.

_____/s/_____
Brian W. Shaughnessy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK D. JASPERSON**<br><br>**Plaintiff,**<br><br>v.<br><br>**FEDERAL BUREAU OF PRISONS, et, al.,**<br><br>**Defendants.** | **Case No. 1:06CV01488 (HHK)** |

## ORDER

Upon consideration of plaintiff Mark D. Jasperson's Motion to Supplement and the entire record, it is hereby

ORDERED, this ___ day of May 2007, that plaintiff's Motion to Supplement is GRANTED.

_____
**JUDGE**