# United States Court of Appeals
#### For The District Of Columbia Circuit

---

**No. 06-5383**                                          **September Term, 2006**

                                                         06cv01488

                                         **Filed On:**

Mark D. Jasperson,                FILED
    Appellee
                                  JUL 1 1 2007

    v.                          NANCY MAYER WHITTINGTON, CLERK
                                       U.S. DISTRICT COURT

Federal Bureau of Prisons and Harley G. Lappin,
Director, Federal Bureau of Prisons,
    Appellants



UNITED STATES COURT ... S
FOR DISTRICT OF COLU... CUIT

FILED  JUL - 9 2007

CLERK

### ORDER

Upon consideration of appellants' consent motion to dismiss appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

                                 **FOR THE COURT:**
                                 Mark J. Langer, Clerk

                        BY: _____
                                 Mark Butler
                                 Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk