UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK D. JASPERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1488 (HHK) |
| | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| | ) |
| and | ) |
| | ) |
| HARLEY G. LAPPIN, | ) |
| Director, Federal Bureau of Prisons, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO FILE A REPLY**

Defendants respectfully move this Court for an enlargement of time of twenty days, through and including August 20, 2007, within which to file a reply to plaintiff's opposition to defendants' motion for reconsideration and request for final judgment on the merits. Good cause exists to grant this motion:

1. Defendants' reply is due on July 30, 2007.

2. Undersigned counsel has been in two trials and also involved in subsequent posttrial matters and settlement discussions in *Adams v. Mineta*, C.A. 04-856, and *Bryant v. Leavitt*, C.A. 05-156. As a result, undersigned defense counsel has not had a sufficient opportunity to consult with agency counsel with regard to filing a reply to plaintiff's opposition to defendant's motion for reconsideration and request for final judgment on the merits pursuant to Fed. R. Civ. P. 12, 54 and

58.

    3.   Defense counsel seeks the additional time up to and including August 20, 2007, to accommodate the conflicting schedules of undersigned and agency counsel.

    4.   Undersigned counsel sought consent to this motion by contacting opposing counsel via telephone on the afternoon of July 30, 2007. At the time of the filing of this motion there had been no reply.

    A proposed Order consistent with this Motion is attached.

    For these reasons, defendants request that the Court grant their Motion for Enlargement of Time Within Which to File a Reply.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D. C. Bar # 434122
Assistant United States Attorney

    /s/
_____
CHARLOTTE A. ABEL, D.C. Bar # 388582
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-2332