UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK D. JASPERSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1488 (HHK) |
| FEDERAL BUREAU OF PRISONS, | ) |
| and | ) |
| HARLEY G. LAPPIN,<br>Director, Federal Bureau of Prisons, | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of Defendants' Motion for an Extension of Time in which to Reply, it is on this _____ day of _____, for good cause shown,

ORDERED: that Defendants' Motion for an Extension of Time in which to Reply is GRANTED;

It is FURTHER ORDERED: that defendants shall have up to and including August 20, 2007, to reply to plaintiff's opposition to defendant's motion for reconsideration and request for final judgment on the merits.

_____
UNITED STATES DISTRICT JUDGE