UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK D. JASPERSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1488 (HHK) |
| FEDERAL BUREAU OF PRISONS, | ) |
| and | ) |
| HARLEY G. LAPPIN, Director, Federal Bureau of Prisons, | ) |
| Defendants. | ) |

## NOTICE OF FILING

Defendant has reviewed plaintiff's opposition to defendant's motion for reconsideration and request for final judgment on the merits. Defendant declines to file a reply and will rely upon the arguments made in its motion.

Respectfully submitted,

_____/s/_____
JEFFERY A. TAYLOR
D.C. Bar No. 498610
United States Attorney

|                              /s/                              |
|---|

CHARLOTTE A. ABEL, DC Bar #388582
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332