UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK D. JASPERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>    Defendants. | Civil Action 06-01488 (HHK) |

**JUDGMENT**

For the reasons stated in the court's memorandum opinion issued on October 30, 2006, the court concludes that judgment in favor of plaintiff is warranted. Accordingly, it is this 22nd day of August, 2007, hereby

**ORDERED** that **JUDGMENT** is entered in favor of plaintiff and against defendants; and it is further

**ORDERED** that on or before October 26, 2007, and in accordance with the aforementioned memorandum, the Bureau of Prisons shall, without regard to the "categorical exercise" of discretion in 28 C.F.R. § 570.20(a), and considering each of the factors set forth in 18 U.S.C. § 3621 (including the recommendation by plaintiff's sentencing court that he serve his sentence in a Community Confinement Center, *id.* § 3521(b)(4)(b)), make an individualized determination of plaintiff's place of confinement.

                Henry H. Kennedy, Jr.
                United States District Judge