UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARK D. JASPERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1488 (HHK) |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| HARLEY G. LAPPIN, | ) | |
| Director, Federal Bureau of Prisons, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEAL

Notice is hereby given this 17th day of October, 2007 that defendant, Federal Bureau of Prisons and Harley G. Lappin, Director of the Bureau of Prisons, appeal to the United States Court of Appeals for the District of Columbia Circuit from the District Court's Order dated August 21, 2007 entering judgment in favor of plaintiff and against said defendant.

Respectfully submitted,


\_\_\_/s/_____
JEFFERY A. TAYLOR
D.C. Bar No. 498610
United States Attorney


\_\_\_/s/_____
R. CRAIG LAWRENCE
D.C. Bar No. 171538
Assistant United States Attorney

                                      ___/s/_____
                                      CHARLOTTE A. ABEL
                                      D.C. Bar No. 388582
                                      Assistant United States Attorney
                                      555-4th St., N.W.
                                      Washington, D.C. 20530
                                      (202) 307-2332

**TO THE CLERK:**  Please send copies of the Notice of Appeal to the following at the addresses indicated:

| **Brian W. Shaughnessy, Esq.** | and | **Charlotte A. Abel** |
|---|---|---|
| 913 M Street, N.W. | | Assistant United States Attorney |
| Suite 101 | | United States Attorney's Office |
| Washington, D.C. 20001 | | Civil Division |
| | | 555 Fourth Street, N.W. |
| | | Washington, D.C.  20530 |