```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


MARK D. JASPERSON              )
                               )
       Plaintiff,              )
                               )
       v.                      )   Case No. 1:06-CV-01488 (HHK)
                               )
FEDERAL BUREAU OF PRISONS,     )
et. al.,                       )
                               )
       Defendants.             )
```

ORDER

Upon consideration of defendants' motion to stay this Court's August 21, 2007 Order, pending appeal of that Order, and for good cause shown, it is on this _____ day of 2007,

ORDERED: that the August 21, 2007, Order granting relief to the plaintiff shall be stayed pending an appeal of that order by defendants.

_____
UNITED STATES DISTRICT JUDGE

1