IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK D. JASPERSON**<br><br>**Plaintiff,**<br><br>v.<br><br>**FEDERAL BUREAU OF PRISONS, et, al.,**<br><br>**Defendants.** | Case No. 1:06CV01488 (HHK) |

## MOTION TO CORRECT FILING

COMES NOW plaintiff Mark D. Jasperson, by and through counsel, and moves this Court to allow the Opposition filed October 29, 2007 to be corrected, and states as follows.

1. Counsel timely filed what he thought was his Opposition to defendant's Motion to Stay last night.

2. This morning the secretary found that the Government's Motion to Stay, which had been sent to counsel's PC, had been filed instead of the Opposition.

3. The Opposition that counsel thought had been timely filed last night is attached hereto for filing.

4. Counsel requests that the Opposition be substituted for the document filed last night.

5. In the alternative, counsel requests that the Opposition be accepted for filing time having expired.

WHEREFORE, plaintiff requests that the court accept a corrected filing of Opposition to Government's Motion to Stay.

Respectfully submitted,

_____/s/_____
Brian W. Shaughnessy, DCN 89946
913 M Street, NW
Suite 101
Washington, DC  20001
(202) 842-1700

Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of October 2007, I caused a copy of the foregoing pleading to be sent via the Court's electronic filing system to AUSA Charlene Abel, 555 Fourth Street, NW, Washington, DC  20001.

_____/s/_____
Brian W. Shaughnessy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK D. JASPERSON**<br><br>    **Plaintiff,**<br><br>       v.<br><br>**FEDERAL BUREAU OF PRISONS,**<br>**et, al.,**<br><br>    **Defendants.** | Case No. 1:06CV01488 (HHK) |

## **ORDER**

Upon consideration of plaintiff Mark D. Jasperson's Motion to Correct Filing, and the entire record, it is hereby

ORDERED, this ___ day of October 2007, that plaintiff's Opposition be accepted for filing and his Motion to File is GRANTED.

_____
**JUDGE**