UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK D. JASPERSON<br>          Plaintiff,<br><br>          v.<br><br>FEDERAL BUREAU OF PRISONS<br>et al.,<br><br>          Defendants. | Civil Action 06-01488 (HHK) |

## ORDER

Before the court is the motion of defendants to stay this court's August 21, 2007, Order pending appeal [#55]. Upon consideration of the motion, the opposition thereto, and the record of this case, it is this 12th day of November, 20007, hereby

**ORDERED** that the motion of defendants to stay this court's August 21, 2007, Order pending appeal is **DENIED.**


                                                            Henry H. Kennedy, Jr.
                                                            United States District Judge