UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK D. JASPERSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1488 (HHK) |
| FEDERAL BUREAU OF PRISONS, | ) |
| and | ) |
| HARLEY G. LAPPIN, Director, Federal Bureau of Prisons, | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of Defendants' Motion for an Extension of Time in which to Comply with the Court's order of August 22, 2007, in the event of the denial of a stay, it is on this _____ day of _____, 2007, for good cause shown,

ORDERED: that Defendants' Motion for an Extension of Time in which to Comply is GRANTED;

It is FURTHER ORDERED: that defendants shall have up to and including December 11, 2007 in which to comply with the Court's order of August 22, 2007.

_____
UNITED STATES DISTRICT JUDGE