IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK D. JASPERSON**<br><br>**Plaintiff,**<br><br>v.<br><br>**FEDERAL BUREAU OF PRISONS, et, al.,**<br><br>**Defendants.** | Case No. 1:06CV01488 (HHK) |

**RESPONSE TO GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH ORDER**

COMES NOW plaintiff Mark D. Jasperson, by and through counsel, responds to defendant's Motion for an Extension of Time to Comply with the Court's Order of August 21, 2007, and states as follows.

1. The government has previously been denied a stay pending appeal. The Court ordered compliance with its Order by November 27, 2007, eight days hence.

2. The government requested plaintiff's position on its new motion at 12:53 pm on November 19, 2007 and filed its motion at 1:24 pm. In its motion the government represented that *"Defendants' counsel has contacted the plaintiff's counsel to seek his consent to the motion to stay and to the instant motion but there was no substantive response at the time this motion was filed. LCvR 7(m)."* Little wonder, since the motion was filed within thirty-one minutes of the e-mailed request for consent to an order that is not operative until November 27, 2007.

3. Plaintiff replied at 6:23 pm today as follows:

I object to any delay in your doing the right thing. I request that you withdraw all pleadings filed by the government in this matter. I request that the government abandon the appeal and let

Jasperson serve his sentence as imposed.  The government had no legal basis to refuse to consider Mr. Jasperson's placement initially and has no legal basis to resist further.
I do not consent to any extension of the stay.

4. After plaintiff's response counsel reviewed other e-mails and noticed that he Court had granted a ten day extension.  While a ten day extension is relatively painless given the fact that it has been over a year since the preliminary injunction was issued, plaintiff recognizes and objects to the Department of Justice wasting everyone's time and money on frivolous, indeed futile, litigation.

5. Plaintiff requests that no further stays be granted for the reasons set forth in plaintiff's Opposition to Stay filed October 29, 2007.

WHEREFORE, plaintiff requests that defendant's Motion to Extend Stay be limited or reconsidered, sanctions for defendant's vexatious pursuit of litigation and Rule 11 violations be imposed, and attorney's fees for the defense of this Motion be awarded.

                                            Respectfully submitted,

                                            _____/s/_____
                                            Brian W. Shaughnessy, DCN 89946
                                            913 M Street, NW
                                            Suite 101
                                            Washington, DC  20001
                                            (202) 842-1700

                                            Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 19th day of November 2007, I caused a copy of the foregoing pleading to be sent via the Court's electronic filing system to AUSA Charlotte Abel, 555 Fourth Street, NW, Washington, DC  20001.

                                            _____/s/_____
                                            Brian W. Shaughnessy