**EXHIBIT 2**

## Table of Authorities Holding 28 CFR 570.20 to be Invalid in Unsettled Circuits

**CITED DECISIONS (110 cited decisions)**

**The four Circuit Court opinions that found the BOP regulations invalid were Shepardized on December 11, 2007. See** *Levine v. Apker,* **455 F. 3rd 71 (2nd Cir. 2006);** *Woodall v. Federal Bureau of Prisons,* **432 F. 3rd 235 (3rd Cir. 2005);** *Fults v. Sanders,* **442 F. 3rd 1088 (8th Cir. 2006);** *Wedelstedt v. Riley,* **477 F. 3rd 1160 (10th Cir. 2007). There are well over one hundred cases following these Circuit Court opinions and invalidating the BOP regulations in the "unsettled" circuits. Except for the seven cases listed on Exhibit 3 as unsettled in the Northern District of Georgia and the District of Massachusetts, there are numerous cases invalidating the regulation in the other Circuits that we have not included in this Exhibit.**

**1ST CIRCUIT - U.S. DISTRICT COURTS**

    *Dembling v. Sabol*, 2007 U.S. Dist. LEXIS 12301 (D. Mass. Feb. 22, 2007)

    *Perez v. Winn*, 465 F. Supp. 2d 87 (D. Mass. 2006)

    *Muniz v. Winn*, 462 F. Supp. 2d 175 (D. Mass. 2006)

    *Tahajian v. Winn*, 2006 U.S. Dist. LEXIS 94558 (D. Mass. Sept. 12, 2006)

**4TH CIRCUIT - U.S. DISTRICT COURTS**

    *Murdock v. Gutierrez*, 2007 U.S. Dist. LEXIS 53794 (N.D. W. Va. July 24, 2007)

    *O'Neal v. Lamanna*, 2006 U.S. Dist. LEXIS 95529 (D.S.C. Feb. 26, 2006)

    *Sharpe v. Fed. Bureau of Prisons*, 2006 U.S. Dist. LEXIS 95528 (D.S.C. Feb. 26, 2006)

    *Puhl v. Fed. Bureau of Prisons*, 2006 U.S. Dist. LEXIS 95527 (D.S.C. Feb. 26, 2006)

    *Maclean v. Bauknecht*, 2007 U.S. Dist. LEXIS 89636 (D.S.C. Dec. 5, 2007)

    *Smith v. Gutierrez*, 2007 U.S. Dist. LEXIS 81193 (N.D. W. Va. Oct. 17, 2007)

    *Richardson v. Gutierrez*, 2007 U.S. Dist. LEXIS 74870 (N.D. W. Va. Oct. 3, 2007)

    *Williams v. Pettiford*, 2007 U.S. Dist. LEXIS 66895 (D.S.C. Sept. 10, 2007)

    *Simcoke v. Phillips*, 2007 U.S. Dist. LEXIS 67483 (N.D. W. Va. Sept. 6, 2007)

    *Jaworski v. Gutierrez*, 2007 U.S. Dist. LEXIS 62414 (N.D. W. Va. Aug. 23, 2007)

    *Rudd v. Bauknecht*, 2007 U.S. Dist. LEXIS 65922 (D.S.C. July 31, 2007)

    *Maclean v. Bauknecht*, 2007 U.S. Dist. LEXIS 89636 (D.S.C. Dec. 5, 2007)

*Smith v. Gutierrez*, 2007 U.S. Dist. LEXIS 81193 (N.D. W. Va. Oct. 17, 2007)

*Richardson v. Gutierrez*, 2007 U.S. Dist. LEXIS 74870 (N.D. W. Va. Oct. 3, 2007)

*Murdock v. Gutierrez*, 2007 U.S. Dist. LEXIS 53794 (N.D. W. Va. July 24, 2007)

**5TH CIRCUIT - U.S. DISTRICT COURTS**

*Briggs v. Van Buren*, 2007 U.S. Dist. LEXIS 76779 (N.D. Tex. Oct. 16, 2007)

*Mihailovich v. Fed. Bureau of Prisons*, 2007 U.S. Dist. LEXIS 22352 (N.D. Tex. Mar. 19, 2007)

**6TH CIRCUIT - U.S. DISTRICT COURTS**

*Luckett v. Eichenlaub*, 2007 U.S. Dist. LEXIS 79194 ( E.D. Mich. Oct. 24, 2007)

*Halter v. Eichenlaub*, 2007 U.S. Dist. LEXIS 70854 ( E.D. Mich. Sept. 25, 2007)

*Weirup v. Eichenlaub*, 2007 U.S. Dist. LEXIS 57303 ( E.D. Mich. Aug. 7, 2007)

*Holloway v. Marberry*, 2007 U.S. Dist. LEXIS 47240 ( E.D. Mich. June 27, 2007)

**7TH CIRCUIT - U.S. DISTRICT COURTS**

*Belk v. Fed. Bureau of Prisons*, 2007 U.S. Dist. LEXIS 70705 (W.D. Wis. Sept. 24, 2007)

*Tristano v. Fed. Bureau of Prisons*, 2007 U.S. Dist. LEXIS 52180 (W.D. Wis. Apr. 17, 2007)

*Tristano v. Fed. Bureau of Prisons*, 2007 U.S. Dist. LEXIS 29141 (W.D. Wis. Apr. 17, 2007)

**9TH CIRCUIT - U.S. DISTRICT COURTS**

*Hailassie v. Fed. Bureau of Prisons*, 2007 U.S. Dist. LEXIS 87931 (E.D. Cal. Nov. 28, 2007)

*Carrillo v. Clark*, 2007 U.S. Dist. LEXIS 81631 (N.D. Cal. Oct. 17, 2007)

*Rojero v. Clark*, 2007 U.S. Dist. LEXIS 81106 (N.D. Cal. Oct. 12, 2007)

*Espinoza v. Clark*, 2007 U.S. Dist. LEXIS 78407 (N.D. Cal. Oct. 11, 2007)

*Cristobal v. Clark*, 2007 U.S. Dist. LEXIS 73284 (N.D. Cal. Sept. 20, 2007)

*Zavala v. Clark*, 2007 U.S. Dist. LEXIS 69785 (N.D. Cal. Sept. 14, 2007)

*Reyna v. Copenhager*, 2007 U.S. Dist. LEXIS 66413 (N.D. Cal. Aug. 31, 2007)

*Felty v. Clark*, 2007 U.S. Dist. LEXIS 65659 (N.D. Cal. Aug. 22, 2007)

*United States v. Palacios*, 2007 U.S. Dist. LEXIS 65644 (S.D. Cal. July 14, 2007)

*Whistler v. Wrigley*, 2007 U.S. Dist. LEXIS 41452 (E.D. Cal. June 7, 2007)

*Wong v. Wrigley*, 2007 U.S. Dist. LEXIS 41132 (E.D. Cal. June 5, 2007)

*Haddad v. Wrigley*, 2007 U.S. Dist. LEXIS 41131 (E.D. Cal. June 5, 2007)

*Long Thanh Mai v. Wrigley*, 2007 U.S. Dist. LEXIS 40670 (E.D. Cal. June 4, 2007)

*United States v. Sanft*, 2007 U.S. Dist. LEXIS 36344 (N.D. Cal. May 9, 2007)

*Slater v. Smith*, 2007 U.S. Dist. LEXIS 34604 (E.D. Cal. May 9, 2007)

*Bradley v. Wrigley*, 2007 U.S. Dist. LEXIS 37278 (E.D. Cal. May 8, 2007)

*Chavez v. Wrigley*, 2007 U.S. Dist. LEXIS 34039 (E.D. Cal. May 8, 2007)

*Colmenero v. Wrigley*, 2007 U.S. Dist. LEXIS 33857 (E.D. Cal. May 7, 2007)

*Mendoza v. Wrigley*, 2007 U.S. Dist. LEXIS 33702 (E.D. Cal. May 7, 2007)

*United States v. Reyes*, 2007 U.S. Dist. LEXIS 33192 (D. Haw. May 4, 2007)

*Sutton v. Smith*, 2007 U.S. Dist. LEXIS 32689 (E.D. Cal. May 2, 2007)

*Arroyo v. Smith*, 2007 U.S. Dist. LEXIS 32682 (E.D. Cal. May 2, 2007

*Grigoryan v. Compton*, 2007 U.S. Dist. LEXIS 32250 (E.D. Cal. May 2, 2007)

*Chichyan v. Wrigley*, 2007 U.S. Dist. LEXIS 32248 (E.D. Cal. May 2, 2007)

*Hovannes v. Smith*, 2007 U.S. Dist. LEXIS 32240 (E.D. Cal. May 2, 2007)

*Majdi v. Wrigley*, 2007 U.S. Dist. LEXIS 32249 (E.D. Cal. May 1, 2007)

*Derobles v. Smith*, 2007 U.S. Dist. LEXIS 29967 (E.D. Cal. Apr. 23, 2007)

*Bates v. Smith*, 2007 U.S. Dist. LEXIS 29602 (E.D. Cal. Apr. 20, 2007)

*Kovack v. Smith*, 2007 U.S. Dist. LEXIS 29312 (E.D. Cal. Apr. 19, 2007)

*Delacruz v. Wrigley*, 2007 U.S. Dist. LEXIS 26549 (E.D. Cal. Apr. 9, 2007)

*Hailassie v. Fed. Bureau of Prisons*, 2007 U.S. Dist. LEXIS 26502 (E.D. Cal. Apr. 9, 2007)

*Strickstein v. Wrigley*, 2007 U.S. Dist. LEXIS 26501 (E.D. Cal. Apr. 9, 2007)

*Esqueda v. Wrigley*, 2007 U.S. Dist. LEXIS 26499 (E.D. Cal. Apr. 9, 2007)

*Beard v. Wrigley*, 2007 U.S. Dist. LEXIS 26497 (E.D. Cal. Apr. 9, 2007)

*Gear v. Wrigley*, 2007 U.S. Dist. LEXIS 22897 (E.D. Cal. Mar. 28, 2007)

*Colvin v. Wrigley*, 2007 U.S. Dist. LEXIS 20366 (E.D. Cal. Mar. 21, 2007)

*Magana v. Smith*, 2007 U.S. Dist. LEXIS 20074 (E.D. Cal. Mar. 21, 2007)

*Rodriguez v. Smith*, 2007 U.S. Dist. LEXIS 18652 (E.D. Cal. Mar. 16, 2007)

*Sanchez v. Wrigley*, 2007 U.S. Dist. LEXIS 21337 (E.D. Cal. Mar. 6, 2007)

*Gullion v. Wrigley*, 2007 U.S. Dist. LEXIS 15258 (E.D. Cal. Mar. 5, 2007)

*Zuniga v. Wrigley*, 2007 U.S. Dist. LEXIS 15248 (E.D. Cal. Mar. 5, 2007)

*Rodriguez v. Smith*, 2007 U.S. Dist. LEXIS 14021 (E.D. Cal. Feb. 27, 2007)

*United States v. Sanft*, 2007 U.S. Dist. LEXIS 13151 (N.D. Cal. Feb. 12, 2007)

*Garcia v. Wrigley*, 2007 U.S. Dist. LEXIS 10669 (E.D. Cal. Feb. 9, 2007)

*Chen Pui v. Smith*, 2007 U.S. Dist. LEXIS 10659 (E.D. Cal. Feb. 9, 2007)

*Pipher v. Wrigley*, 2007 U.S. Dist. LEXIS 10658 (E.D. Cal. Feb. 9, 2007)

*Lopez-Benjamin v. Wrigley*, 2007 U.S. Dist. LEXIS 10654 (E.D. Cal. Feb. 9, 2007)

*Ernest v. Smith*, 2007 U.S. Dist. LEXIS 10641 (E.D. Cal. Feb. 9, 2007)

*Quilon v. Wrigley*, 2007 U.S. Dist. LEXIS 9500 (E.D. Cal. Feb. 9, 2007)

*Salas v. Wrigley*, 2007 U.S. Dist. LEXIS 9499 (E.D. Cal. Feb. 9, 2007)

*Chanes v. Wrigley*, 2007 U.S. Dist. LEXIS 9491 (E.D. Cal. Feb. 9, 2007)

*Deanda v. Wrigley*, 2007 U.S. Dist. LEXIS 10637 (E.D. Cal. Feb. 7, 2007)

*Thomas v. Smith*, 2007 U.S. Dist. LEXIS 8814 (E.D. Cal. Feb. 7, 2007)

*Richter v. Smith*, 2007 U.S. Dist. LEXIS 8753 (E.D. Cal. Feb. 7, 2007)

*Pizarro v. Smith*, 2007 U.S. Dist. LEXIS 17859 (E.D. Cal. Jan. 18, 2007)

*Close v. Smith*, 2006 U.S. Dist. LEXIS 94102 (E.D. Cal. Dec. 19, 2006)

*Cain v. Smith*, 2006 U.S. Dist. LEXIS 94089 (E.D. Cal. Dec. 19, 2006)

*Brown v. Smith*, 2006 U.S. Dist. LEXIS 94402 (E.D. Cal. Dec. 15, 2006)

*Padilla v. Wrigley*, 2006 U.S. Dist. LEXIS 82624 (E.D. Cal. Nov. 13, 2006)

*Chan v. Smith*, 2006 U.S. Dist. LEXIS 81777 (E.D. Cal. Nov. 8, 2006)

*Shoemaker v. Wrigley*, 2006 U.S. Dist. LEXIS 79507 (E.D. Cal. Oct. 31, 2006)

*Gossman v. Wrigley*, 2006 U.S. Dist. LEXIS 78575 (E.D. Cal. Oct. 27, 2006)

*Mehl v. Wrigley*, 2006 U.S. Dist. LEXIS 78942 (E.D. Cal. Oct. 24, 2006)

*Wilson v. Smith*, 2006 U.S. Dist. LEXIS 78995 (E.D. Cal. Oct. 20, 2006)

*Lee v. Wrigley*, 2006 U.S. Dist. LEXIS 79009 (E.D. Cal. Oct. 19, 2006)

*Reich v. Wrigley*, 2006 U.S. Dist. LEXIS 78996 (E.D. Cal. Oct. 19, 2006)

*Creedon v. Wrigley*, 2006 U.S. Dist. LEXIS 78940 (E.D. Cal. Oct. 19, 2006)

*Molina-Montoya v. Wrigley*, 2006 U.S. Dist. LEXIS 78901 (E.D. Cal. Oct. 19, 2006)

*Tuan Diep v. Wrigley*, 2006 U.S. Dist. LEXIS 76557 (E.D. Cal. Oct. 19, 2006)

*Gonzalez v. Wrigley*, 2006 U.S. Dist. LEXIS 76556 (E.D. Cal. Oct. 19, 2006)

*Arechiga v. Wrigley*, 2006 U.S. Dist. LEXIS 79008 (E.D. Cal. Oct. 17, 2006)

*White v. Wrigley*, 2006 U.S. Dist. LEXIS 79001 (E.D. Cal. Oct. 17, 2006

*Monroe v. Wrigley*, 2006 U.S. Dist. LEXIS 78935 (E.D. Cal. Oct. 17, 2006)

*Ponce v. Wrigley*, 2006 U.S. Dist. LEXIS 78602 (E.D. Cal. Oct. 16, 2006)

*Repstad v. Wrigley*, 2006 U.S. Dist. LEXIS 72204 (E.D. Cal. Oct. 3, 2006)

*Smith v. Wrigley*, 2006 U.S. Dist. LEXIS 72203 (E.D. Cal. Oct. 3, 2006)

*Howard v. Wrigley*, 2006 U.S. Dist. LEXIS 68371 (E.D. Cal. Sept. 22, 2006)

*Patel v. Wrigley*, 2006 U.S. Dist. LEXIS 68357 (E.D. Cal. Sept. 21, 2006)

*Arcediano v. Wrigley*, 2006 U.S. Dist. LEXIS 71113 (E.D. Cal. Sept. 15, 2006)

**11TH CIRCUIT - U.S. DISTRICT COURTS**

*Jones v. Zenk*, 495 F. Supp. 2d 1289, 2007 U.S. Dist. LEXIS 53781 (N.D. Ga. 2007)

*Galaviz v. Zenk*, 2007 U.S. Dist. LEXIS 64831 (N.D. Ga. June 25, 2007)

*Jones v. Zenk*, 2007 U.S. Dist. LEXIS 44310 (N.D. Ga. June 19, 2007)

*Quay v. Zenk*, 2006 U.S. Dist. LEXIS 96578 (N.D. Ga. Nov. 1, 2006)