**EXHIBIT 3**

### Table of Authorities Declining to Iinvalidate 28 CFR 570.

**CITED DECISIONS (7 cited decisions)**

**The four Circuit Court cases that found the BOP regulations invalid were Shepardized on December 11, 2007. See *Levine v. Apker,* 455 F. 3rd 71 (2nd Cir. 2006); *Woodall v. Federal Bureau of Prisons,* 432 F. 3rd 235 (3rd Cir. 2005); *Fults v. Sanders,* 442 F. 3rd 1088 (8th Cir. 2006); *Wedelstedt v. Riley,* 477 F. 3rd 1160 (10th Cir. 2007). The following seven cases were the only cases found that criticized these cases in "unsettled" Circuits. All cases were *pro se* and most were Magistrate Recommendations.**

**1ST CIRCUIT - U.S. DISTRICT COURTS**

**Only two District Court Judges in the 1st Circuit have ruled in favor of the BOP. Both cases involved *pro* se petitioners. All of the other four District Court Judges who have heard cases in the 1st Circuit have ruled the regulations invalid. In May, 2007, the 1st Circuit Court held oral arguments in *Muniz v. Winn,* 462 F. 2nd 175 (D. Mass. Nov. 21, 2006) to resolve this conflict. It is noteworthy that the 1st Circuit was the first Circuit Court to strike down the prior and identical 2002 regulations in *Goldings v. Winn* , 383 F.3d 17 (1st Cir. 2004) .**

> *Coviello v. Winn*, 477 F. Supp. 2d 301 (D. Mass. 2006)

> *Bullock v. Winn*, 2006 U.S. Dist. LEXIS 95601 (D. Mass. Nov. 8, 2006)

**11TH CIRCUIT - U.S. DISTRICT COURTS**

**All of these opinions were actually Reports and Recommendations entered by Magistrates in the Northern District of Georgia. Although the Recommendations were ultimately accepted by the District Court, none of the opinions were authored by District Court Judges. Once again, all of these cases involved *pro se* petitioners. On the other hand, it should be noted that four cases have been found that ruled the regulations invalid in the 11th Circuit, including two opinions authored by a District Court Judge.**

> *Wheeler v. Zenk*, 2007 U.S. Dist. LEXIS 66435 (N.D. Ga. Apr. 10, 2007)

> *Castellanos v. Zenk*, 2007 U.S. Dist. LEXIS 66463 (N.D. Ga. Mar. 2, 2007)

> *Jimerson v. Zenk*, 2007 U.S. Dist. LEXIS 66428 (N.D. Ga. Mar. 1, 2007)

> *Farley v. Zenk*, 2007 U.S. Dist. LEXIS 52827 (N.D. Ga. Feb. 2, 2007)

> *Bargainear v. Zenk*, 2007 U.S. Dist. LEXIS 52561 (N.D. Ga. Jan. 31, 2007)

Case 1:06-cv-01488-HHK   Document 64-4   Filed 12/12/2007   Page 2 of 2