UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK D. JASPERSON,**<br><br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**FEDERAL BUREAU OF PRISONS, et al.,**<br><br>　　　　　　**Defendants.** | Civil Action 06-01488 (HHK) |

**ORDER**

Before the court is defendants' Motion to Extend Time to Comply with Order [#63]. Defendants' motion seeks an extension of time until December 31, 2007 to comply with the court's order of August 22, 2007 [#53].

Upon consideration of the motion, the opposition thereto, and the record of the case, it is this 14th day of December 2007 hereby **ORDERED** that defendants' motion is **GRANTED IN PART**.

Defendants shall have until December 21, 2007 to comply with the court's order of August 22, 2007.

It is further **ORDERED** that **NO FURTHER EXTENSIONS** will be granted to comply with the court's order of August 22, 2007.

　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge