# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 07-5350                               September Term, 2007

06cv01488

Filed On:

Mark D. Jasperson,
    Appellee

v.

Federal Bureau of Prisons and Harley G. Lappin,
Director, Federal Bureau of Prisons,
    Appellants



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  FEB X 4 2008

CLERK

## O R D E R

Upon consideration of appellants's motion to dismiss appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

FOR THE COURT:
Mark J. Langer, Clerk

BY: *[signature]*
Mark Butler
Deputy Clerk

A True Copy:

United States Court of Appeals
For the District of Columbia Circuit

By: *[signature]* Deputy Clerk